# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:05-CV-1368(DNH)(GHL)

**DOUGLAS MARZEAN**

- v -

**COMMISSIONER OF SOCIAL SECURITY**

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security is AFFIRMED, in accordance with the Memorandum-Decision and Order of the Honorable David N. Hurd, United States District Judge, filed May 1, 2008.

May 1, 2008
**DATE**

*[signature]*
Clerk of Court

C. Mergenthaler
**(BY) DEPUTY CLERK**

Entered and served on May 1, 2008